UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff(s)

v.                          CIVIL NUMBER: 98-1386 (JAG)

ONE RURAL LOT #4781 LOCATED AT
CALLEJONES WARD, LARES, P.R.

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/30/00<br>**Title:** Motion to Withdraw as Counsel of Record<br>**Docket:** 29<br>[x] Plffs  [ ] Defts  [ ] Other | **GRANTED.** |

Date: 09/13/00

JAY A. GARCIA-GREGORY
U.S. District Judge

Colón
9/15/00