# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    **Plaintiff(s)**

      v.                           **CIVIL NUMBER:** 98-1386 (JAG)

ONE RURAL LOT #4781

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/05/01<br>Title: United States' Request for Leave and for Voluntary Dismissal<br>**Docket(s):** 33<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **GRANTED.** |

**Date:** April 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( 6 )
attys/pts
in ICMS