IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff(s)

v.                                    CIVIL NO.   98-1386 (JAG)

ONE URBAN LOT #4781, ETC.

Defendant(s)

## JUDGMENT

Judgment is hereby entered dismissing this civil forfeiture action pursuant to the United States' Motion for Voluntary Dismissal (Docket #33).

This case is now closed for all purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 10th day of April, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( 0 )
attys/pts
in ICMS